UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  CASE NO. 17-06040-JJG-13
PAUL THOMAS HAMLIN
SALLY ANN HAMLIN

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rules of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full and the Debtor(s) has completed all payments under the plan.

**Name of Creditor**: US BANK  NA

**Final Cure Amount**

| Court Claim# | Account# | Claim Allowed | Amount Paid |
|---|---|---|---|
| 05 | 0954/9458 | $14424.37 | 14424.37 |

| | |
|---|---|
| Amt to Pay\Arrears | $14424.37 |
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $14424.37 |

**Final Cure Amount**

| Court Claim# | Account# | Claim Allowed | Amount Paid |
|---|---|---|---|
| 05 | 0954/9458 | $89684.74 | 89684.74 |

| | |
|---|---|
| Amt to Pay\Arrears | $89684.74 |
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $89684.74 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

   X    Through the Chapter 13 Conduit         Direct by the Debtor(s)

      Within 21 days of service of this Notice, the creditor MUST file and serve on the Debtor, Debtor's counsel, and the Trustee, pursuant to Fed.R.Bank.P.3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, cost or negative escrow amounts due, and whether, consistent with § 1322(b)(5), the Debtor is otherwise current on all payments, or be subject to further action of the Court.

      The statement shall itemize the required cure or post-petition amounts, if any, that the Creditor contends remain unpaid as of the date of the statement.   The statement shall be filed as a supplement to the Creditor's proof of claim and is not subject to Fed.R.Bank.P.3001(f). Failure to notify may result in sanctions.

                                                Respectfully Submitted,

October 13, 2022

                                                /s/ Ann M.DeLaney
                                              Ann M. DeLaney, Trustee
                                              P.O. Box 441285
                                              Indianapolis, IN   46244
                                              Telephone: (317) 829-7360
                                              Facsimile: (317) 829-7369
                                              Email:anndelaney341@trustee13.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 13 day of October, 2022.

PAUL THOMAS HAMLIN
SALLY ANN HAMLIN
7774 SANTOLINA DRIVE
INDIANAPOLIS, IN. 46237


WETHINGTON LAW OFFICE
MICHELLE R WETHINGTON, ESQ.
6905 S EMERSON AVE STE C
INDIANAPOLIS, IN. 46237-

US BANK   NA
C/O RUSHMORE LOAN MANAGEMENT
PO BOX 52708
IRVINE, CA. 92619-2708


US BANK, NA



U.S. Trustee

                                                /s/ Ann M. DeLaney
                                            Ann M. DeLaney, Trustee